```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561
```

Attorney for Defendant
SALVADOR ARELLANO-ALCALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-cr-00143 OWW |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | |
| SALVADOR ARELLANO-ALCALA, | Date:  July 18, 2011 |
| *Defendant* | Time:  9:00 A.M. |
| | Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now set for June 20, 2011, **may be continued to July 18, 2011 at 9:00 a.m.**

This continuance is requested to allow defense counsel additional time for defense preparation and to allow the parties additional time for plea negotiation prior to hearing.  Additionally, both counsel are engaged in trial and will not be available to be in court at the time now set.   Assistant United States Attorney Ian Garriques does not object to this request.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: June 16, 2011                   /s/ Ian Garriques
                                                IAN GARRIQUES
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: June 16, 2011                   /s/  Marc Days
                                                MARC DAYS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                SALVADOR ARELLANO-ALCALA

## O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

      DATED: June 17, 2011

                                                /s/ OLIVER W. WANGER
                                                United States District Judge