**ROGER T. NUTTALL #42500**
**NUTTALL COLEMAN & WILSON**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
SALVADOR ARELLANO-ALCALA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00143 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE HEARING AND ORDER** |
| SALVADOR ARELLANO-ALCALA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Status Conference hearing currently scheduled for September 6, 2011, at 9:00 a.m. be continued to **September 26, 2011, at 9:00 a.m.** before the Honorable OLIVER W. WANGER.

Counsel for Defendant has been in touch with Assistant United States Attorney Ian Garriques of the United States Attorney's Office, who has no objection to such a continuance. This continuance is requested as the parties are attempting to reach a settlement and, in this regard, the defense needs additional time for purposes of further investigation, etc.

The parties stipulate and agree that the interests of

justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7) and (B)(iv).

DATED: August 30, 2011.

NUTTALL & COLEMAN

By: /s/
ROGER T. NUTTALL
Attorneys for Defendant
SALVADOR ARELLANO-ALCALA

By: /s/
IAN GARRIQUES
Assistant U.S. Attorney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# **O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Status Conference Hearing currently scheduled on September 6, 2011, at 9:00 a.m. is continued to **September 26, 2011, at 9:00 a.m.**

IT IS SO ORDERED.

**Dated:   August 31, 2011**             /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE